UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

ANDREW C. BUCHANAN,

            Plaintiff,

v.

WINDERMERE REAL ESTATE NORTHEAST, INC and DC GRANGER HOMES, LLC,

            Defendants.

CASE NO. 2:21-cv-01682

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
**(INJUNCTIVE RELIEF DEMANDED)**

**JURY DEMAND**

    Plaintiff ANDREW C. BUCHANAN by and through his undersigned counsel, brings this Complaint against Defendants WINDERMERE REAL ESTATE NORTHEAST, INC and DC GRANGER HOMES, LLC for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

    1.    Plaintiff ANDREW C. BUCHANAN ("Buchanan") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Buchanan's original copyrighted Work of authorship.

2. For the past 21 years, Seattle architectural photographer Andrew Buchanan offers photography of architecture, interiors, commercial & public spaces, and other built environments to design and marketing professionals, hotels and resorts, developers, magazines, and advertisers needing compelling, graphic photos. Over 300 firms have trusted him to feature their best projects. He specializes in architectural and interiors photography, helicopter aerial photography, land design photography, and hotel & resort photography throughout Washington, Oregon, and nationwide.

3. Defendant WINDERMERE REAL ESTATE NORTHEAST, INC ("Windermere") is a residential real estate brokerage company that has offices in Washington, Montana, Oregon, California, Nevada, Utah, Colorado, Arizona, Hawaii and Cabo San Lucas.

4. Defendant DC Granger Homes, LLC ("Granger") is a home builder that constructed the residential units known as Eight on Florentia located in Seattle, Washington.

5. Defendants Windermere and Granger are collectively referred to herein as "Defendants."

6. Buchanan alleges that Defendants copied Buchanan's copyrighted Work from the internet in order to advertise, market and promote their business activities. Defendants committed the violations alleged in connection with Defendants' businesses for purposes of advertising and promoting sales to the public in the course and scope of the Defendants' businesses.

## JURISDICTION AND VENUE

7. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

8. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

9. Defendants are subject to personal jurisdiction in Washington.

10. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendants engaged in infringement in this district, Defendants reside in this district, and Defendants are subject to personal jurisdiction in this district.

## DEFENDANTS

11. Windermere Real Estate Northeast, Inc is a Washington Corporation, with its principal place of business at 11411 NE 112th Street, Suite 110, Kirkland, Washington, 98034, and can be served by serving its Registered Agent, DLF Agent Services Inc., 5224 Wilson Avenue South, Suite 200, Seattle, Washington, 98118.

12. DC Granger Homes, LLC is a Washington Limited Liability Company, with its principal place of business at 11250 Kirkland Way, Suite 103, Kirkland, Washington, 98033, and can be served by serving its Registered Agent, Ms. Julie Merritt, at the same address.

## THE COPYRIGHTED WORK AT ISSUE

13. In 2014, Buchanan created the photograph entitled df032872, which is shown below and referred to herein as the "Work".



14. Buchanan registered the Work with the Register of Copyrights on December 22, 2014 and was assigned the registration number VA 1-942-540. The Certificate of Registration is attached hereto as Exhibit 1.

15. At all relevant times Buchanan was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY DEFENDANTS

16. Defendants have never been licensed to use the Work at issue in this action for any purpose.

17. On a date after the Work at issue in this action was created, but prior to the filing of this action, Defendants copied the Work.

18. On or about March 1, 2021, Buchanan discovered the unauthorized use of his Work on the website located at the URL www.eightonflorentia.com.

19. Defendants copied Buchanan's copyrighted Work without Buchanan's permission.

20. After Defendants copied the Work, they made further copies and distributed the Work on the internet to promote the sale of residential units as part of their home building and real estate sales businesses.

21. Defendants copied and distributed Buchanan's copyrighted Work in connection with Defendants' businesses for purposes of advertising and promoting Defendants' businesses, and in the course and scope of advertising and selling products and services.

22. Buchanan's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

23. Defendants committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

24. Buchanan never gave Defendants permission or authority to copy, distribute or display the Work at issue in this case.

25. Buchanan notified Defendants of the allegations set forth herein on April 12, 2021. To date, the parties have failed to resolve this matter. A copy of the Notice to Defendants is attached hereto as Exhibit 3.

### COUNT I
### COPYRIGHT INFRINGEMENT

26. Plaintiff incorporates the allegations of paragraphs 1 through 25 of this Complaint as if fully set forth herein.

27. Buchanan owns a valid copyright in the Work at issue in this case.

28. Buchanan registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

29. Defendants copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Buchanan's authorization in violation of 17 U.S.C. § 501.

30. Defendants performed the acts alleged in the course and scope of its business activities.

31. Defendants' acts were willful.

32. Buchanan has been damaged.

33. The harm caused to Buchanan has been irreparable.

WHEREFORE, the Plaintiff prays for judgment against the Defendants Windermere Real Estate Northeast, Inc and DC Granger Homes, LLC that:

a. Defendants and their officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. Defendants be required to pay Plaintiff his actual damages and Defendants' profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

c. Plaintiff be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Plaintiff be awarded pre and post-judgment interest; and

e. Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: December 17, 2021                Respectfully submitted,

*/s/Joel B. Rothman*
JOEL B. ROTHMAN
Washington Bar Number: 57717
joel.rothman@sriplaw.com

**SRIPLAW**
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Attorneys for Plaintiff Andrew C. Buchanan*