UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREW C BUCHANAN,<br><br>                         Plaintiff(s),<br><br>           v.<br><br>WINDERMERE REAL ESTATE NORTHEAST INC et al.,<br><br>                         Defendant(s). | CASE NO. 2:21−cv−01682−LK<br><br>STANDING ORDER REGARDING 28 U.S.C. § 455(b)(2) AND CANON 3(C)(1)(B) OF THE CODE OF CONDUCT FOR UNITED STATES JUDGES |

For purposes of compliance with 28 U.S.C. § 455(b)(2) and Canon 3(C)(1)(b) of the Code of Conduct for United States Judges, the parties are directed to notify this Court by 1/10/2022 as to whether any lawyer at the below−listed law firms during the below−listed dates (including lawyers who subsequently departed the subject firm) served as a lawyer concerning the above−captioned matter, or concerning any materially related matter:

- Foster Garvey PC (formerly Foster Pepper PLLC) between March of 2012 and December 3, 2021

- Byrnes Keller Cromwell LLP between January of 2010 and March of 2012

- K&L Gates LLP (formerly Preston Gates & Ellis LLP) between May of 2006 and December of 2009

Notifications should be submitted to Natalie Wood at natalie_wood@wawd.uscourts.gov. Alternatively, each party may file its notification with this Court under seal using the CM/ECF system.

With respect to parties who have not yet been served with the Summons and

Complaint:

- Plaintiff(s) must serve this Order on all Defendant(s) along with the Summons and Complaint.
- If this case was assigned to this Court after being removed from state court, the Defendant(s) who removed the case must serve this Order on all other parties.
- Such parties must submit the above−described notification to this Court within seven days of service.

DATED: The 3rd of January 2022

*Lauren King*

Lauren J. King
United States District Judge