UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

CASE NO.: 2:21-cv-01682

ANDREW C. BUCHANAN,

    Plaintiff,

v.

WINDERMERE REAL ESTATE NORTHEAST, INC AND DC GRANGER HOMES, LLC,

    Defendants.

## NOTICE OF SETTLEMENT

Plaintiff Andrew C. Buchanan, by and through his undersigned counsel, and pursuant to LCR 11(b) of the Western District of Washington, hereby notifies the Court that the parties have reached a settlement and requests until March 9, 2022 in which to file a Voluntary Dismissal.

Dated: February 7, 2022

Respectfully submitted,

*/s/ Joel B. Rothman*
JOEL B. ROTHMAN
WA Bar No. 57717
joel.rothman@sriplaw.com

**SRIPLAW**
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Andrew C. Buchanan*